DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| MIGUEL RODRIGUEZ SEVERINO | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 17-02227(FAB) |
| | ) ) | TITLE VII RETALIATION; USERRA DISCF |
| UTC AEROSPACE SYSTEMS | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UTC AEROSPACE SYSTEMS

FELICIA INDUSTRIAL PARK STREET B LOT 14 SANTA ISABEL, PR 00757

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan M. Frontera, Esq., Frontera Suau Law Offices, PSC

239 Alterial Hostos AvenueSan Juan, Puerto Rico 00936-4225, Suite 305 Tel 787-250-1420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 03/09/2018

Rafael O. Martinez
2018.03.09 14:17:01 -04'00'

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UTC Aerospace Systems
was received by me on *(date)* March 21, 2018.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Myrna Velez López, Directora de Recursos Humanos , who is designated by law to accept service of process on behalf of *(name of organization)* UTC Aerospace Systems, Felicia Industrial Park, Street B, Lot 14, Santa Isabel, P.R. on *(date)* March 23, 2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: March 23, 2018

*Server's signature*

José A. de Jesús Vargas (Emplazador)
*Printed name and title*

Trujillo Alto, P.R.
*Server's address*

Additional information regarding attempted service, etc: